

**PRESS RELEASE**

# Justice Department Announces Anti-Weaponization Fund

Monday, May 18, 2026

**For Immediate Release**

Office of Public Affairs

### Part of settlement agreement in President Donald J. Trump v. Internal Revenue Service

The U.S. Department of Justice today announced that as a part of the settlement agreement in *President Donald J. Trump v. Internal Revenue Service,* the Attorney General established "The Anti-Weaponization Fund" to provide a systematic process to hear and redress claims of others who suffered weaponization and lawfare.

The plaintiffs in the case, President Donald J. Trump, Donald J. Trump, Jr., Eric Trump, and the Trump Organization, LLC, filed suit against the Treasury and IRS in Southern District of Florida federal court following the leak of their tax returns. Per the settlement, plaintiffs will receive a formal apology but no monetary payment or damages of any kind. They have agreed, in exchange for the creation of this fund, to drop their pending lawsuit with prejudice, and also withdraw two administrative claims including for damages resulting from the unlawful raid of Mar-a-Lago and the Russia-collusion hoax.

"The machinery of government should never be weaponized against any American, and it is this Department's intention to make right the wrongs that were previously done while ensuring this never happens again," said Acting Attorney General Todd Blanche. "As part of

this settlement, we are setting up a lawful process for victims of lawfare and weaponization to be heard and seek redress."

"The use of government power to target individuals or entities for improper and unlawful political, personal, or ideological reasons should not be tolerated by any Administration," said Principal Associate Deputy Attorney General Trent McCotter.

The Fund will have the power to issue formal apologies and monetary relief owed to claimants. Submission of a claim is voluntary. There are no partisan requirements to file a claim.  Any money left when the Fund ceases operations will revert to the Federal Government.

The Fund will receive $1.776 billion and will come from the judgment fund, which is a perpetual appropriation allowing DOJ to settle and pay cases. On a quarterly basis, the Fund shall send a report to the Attorney General outlining who has received relief and what form of relief was awarded.

At the Attorney General's direction, the Fund can be audited. The Fund must take steps to protect private information and avoid fraud. The Fund shall cease processing claims no later than December 1, 2028.

There is legal precedent for such a Fund, most notably the "*Keepseagle*" case where the Obama Administration created a $760 million fund to redress various claims alleging racism against the federal government over a period of decades.

In *Keepseagle*, hundreds of millions of dollars remaining in the fund were distributed to non-profits and NGOs that never made claims, whereas any money remaining in The Anti-Weaponization Fund will revert to the federal government. The Obama DOJ settled by putting $680 million from the judgment fund into a bank account for a single claims administrator to dole out. In *Keepseagle* the remaining money — which ended up being over $300 million — was distributed to the entities that had not even submitted claims.

The Fund will consist of five members appointed by the Attorney General. One Member will be chosen in consultation with congressional leadership. The President can remove any member, but a replacement must be chosen the same way as the replaced member was selected.

*Updated May 19, 2026*

**Component**

[Office of the Attorney General](Office of the Attorney General)

Press Release Number: 26-512

# Related Content

<span style="color:#5a7a9a">**PRESS RELEASE**</span>

## Iraqi National Arrested and Charged with Providing Material Support to Iranian-Backed Terrorist Organizations and Directing Attacks Targeting U.S. Citizens and Interests

The Justice Department announced today the arrest of Mohammad Baqer Saad Dawood Al-Saadi, an Iraqi national and senior member of Kata'ib Hizballah, a U.S. designated foreign terrorist organization (FTO).

May 15, 2026

<span style="color:#5a7a9a">**PRESS RELEASE**</span>

## Justice Department Files Complaint to Protect Law Enforcement, Challenging Connecticut Mask Ban, Identification Requirements, and Use-of-Force Policies for Federal Officers

May 15, 2026

**PRESS RELEASE**

## Justice Department Secures Landmark Resolution to End Pediatric "Gender-Affirming Care" and Create Detransition Clinic

WASHINGTON – Today, the Department of Justice announced the first resolution secured under the Department's ongoing national investigation into violations of federal law in connection with the provision of sex-rejecting...

**May 15, 2026**

✉ **Office of Public Affairs**

**U.S. Department of Justice**

**950 Pennsylvania Avenue, NW**

**Washington DC 20530**

📞 **Office of Public Affairs Direct Line**

**202-514-2007**

**Department of Justice Main Switchboard**

**202-514-2000**