## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HARRY DUNN and DANIEL HODGES,
Plaintiffs,

v. Civil Action No. 1:26-cv-01719

DONALD J. TRUMP, et al.,
Defendants.

---

# MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF SHAUNESI DEBERRY

Proposed amicus curiae Shaunesi DeBerry respectfully moves for leave to file the accompanying amicus brief in support of neither party.

Proposed amicus is a resident of Annapolis, Maryland and has multiple pending federal proceedings involving allegations of governmental misconduct, selective enforcement, retaliation, unconstitutional restrictions on access to court, law-enforcement misconduct, and alleged governmental weaponization arising outside the January 6 context.

Based on the presently available public description of the Anti-Weaponization Fund, proposed amicus believes that persons alleging governmental weaponization, retaliation, selective enforcement, unconstitutional governmental conduct, or related misconduct outside the January 6 context may fall within categories of future claimants contemplated by the Fund's structure.

Because the Complaint seeks broad injunctive and declaratory relief that may affect the scope and administration of the Fund before finalized eligibility standards and procedures are developed, proposed amicus respectfully submits that her perspective may assist the Court in evaluating the breadth and potential consequences of the requested relief.

An amicus brief may be allowed when it will assist the Court, and proposed amicus offers a perspective not otherwise represented by the parties: the potential effect of the requested relief on prospective non-party claimants outside the January 6 context.



**RECEIVED**

MAY 20 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

WHEREFORE, proposed amicus Shaunesi DeBerry respectfully requests that the Court grant leave to file the accompanying amicus curiae brief.

Respectfully submitted,

_____

Shaunesi DeBerry
2631 Housley Rd #1116
Annapolis, MD 21401
bookshaunesi@gmail.com

Dated: May 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, a true and correct copy of the foregoing Motion for Leave to File Amicus Curiae Brief and Proposed Amicus Curiae Brief was filed with the Clerk of Court for the United States District Court for the District of Columbia in Civil Action No. 1:26-cv-01719.

I further certify that copies were served via electronic mail upon the following counsel for Plaintiffs:

Brendan Ballou
brendan@publicintegrityproject.org

Samuel T. Ward-Packard
sam@publicintegrityproject.org

Public Integrity Project LLC
Attorneys for Plaintiffs Harry Dunn and Daniel Hodges

Proposed amicus further certifies that, as of the filing of this certificate, no separate defense counsel appearances for Defendants Donald J. Trump, Todd Blanche, or Scott Bessent had yet appeared on the publicly available docket to the best of proposed amicus's knowledge.



Shaunesi DeBerry