**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HARRY DUNN and DANIEL HODGES,
Plaintiffs,

v. Civil Action No. 1:26-cv-01719

DONALD J. TRUMP, et al.,
Defendants.

## PROPOSED AMICUS CURIAE BRIEF OF SHAUNESI DEBERRY

**INTEREST OF PROPOSED AMICUS**

Proposed amicus curiae Shaunesi DeBerry is a resident of Annapolis, Maryland and has multiple pending federal proceedings involving allegations of governmental misconduct, selective enforcement, retaliation, unconstitutional restrictions on access to court, law-enforcement misconduct, and alleged governmental weaponization arising outside the January 6 context.

Those proceedings include, but are not limited to:

• DeBerry v. United States Marshals Service, et al., No. 1:25-cv-03576-ABA (D. Md.), before the Honorable Adam B. Abelson;

• DeBerry v. Rhinehart, et al., No. 1:25-cv-01031 (M.D.N.C.), before the Honorable Lindsey A. Freeman;

• DeBerry v. Nordstrom Inc., et al., No. 2:26-cv-00639 (W.D. Wash.), before the Honorable Kymberly K. Evanson;

• DeBerry v. Enterprise Holdings, Inc., et al., No. 4:26-cv-00238 (E.D. Mo.), before the Honorable John A. Ross;

• Melvin v. Cobb County, Georgia, et al., No. 1:26-cv-00851 (N.D. Ga.), before the Honorable Mark H. Cohen.

**RECEIVED**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Proposed amicus is not, and has never been alleged to be, a participant in the events of January 6, 2021.

**ARGUMENT**

The Complaint frames the Anti-Weaponization Fund primarily through the lens of January 6 participants and affiliated groups. However, publicly released settlement materials appear broader on their face and reference "future claimants' claims," suggesting that prospective claimants outside the January 6 context may exist.

Proposed amicus respectfully submits that the requested relief may affect unidentified prospective non-party claimants whose allegations arise outside the January 6 context. The undersigned's pending federal proceedings illustrate that such claimants may plausibly exist within the categories contemplated by the Fund's currently described structure.

This filing does not endorse unlawful conduct or advocate for any specific claimant category. Rather, proposed amicus respectfully requests that the Court consider the interests of prospective non-party claimants outside the January 6 context before broad relief is imposed.

**CONCLUSION**

For the foregoing reasons, proposed amicus curiae Shaunesi DeBerry respectfully requests that the Court consider the interests of prospective non-party claimants outside the January 6 context in evaluating the scope of the requested relief.


Respectfully submitted,

_____

Shaunesi DeBerry
2631 Housley Rd #1116
Annapolis, MD 21401
bookshaunesi@gmail.com


Dated: May 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, a true and correct copy of the foregoing Proposed Amicus Curiae Brief was filed with the Clerk of Court for the United States District Court for the District of Columbia in Civil Action No. 1:26-cv-01719.

I further certify that copies were served via electronic mail upon the following counsel for Plaintiffs:

Brendan Ballou
brendan@publicintegrityproject.org

Samuel T. Ward-Packard
sam@publicintegrityproject.org

Public Integrity Project LLC
Attorneys for Plaintiffs Harry Dunn and Daniel Hodges

_____
Shaunesi DeBerry