# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRY DUNN, ET. AL.**<br><br>**v.**<br><br>**SCOTT BESSENT, ET. AL.** | **Federal action:**<br>**Case 1:26-cv-01719-RJL** |

## <u>PROPOSED AMICUS BRIEF IN</u>

## <u>OPPOSITION TO PROPOSED AMICUS</u>

## <u>JASON GOODMAN AND GHOST WRITER</u>

## <u>SUSPENDED ATTORNEY LARRY KLAYMAN</u>

COUNTER PROPROSED AMICUS D. GEORGE SWEIGERT HEREBY files this

proposed amicus brief to counter Jason Goodman of 252 7th Avenue, Apt. 6S, New York, N.Y.

10001.  This Counter Amicus Brief is brought to conserve judicial resources as a Florida Bar

investigation is currently underway against Jason Goodman and his alleged ghost writer

suspended attorney Larry Klayman (suspensions in Florida and this District Court).

## STATEMENT OF FACTS

The following information is lengthy, but paints the picture of Jason Goodman's misuse

of the court system to create social media cartoons of federal judges with a profit motive.

Jason Goodman fancies himself has "the greatest counterlawfare operative in America",

as he has stated numerous times on his social media podcasts under the "Crowdsource The

1

RECEIVED

MAY 25 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Truth" trademark.  Jason Goodman, operator of "Crowdsource The Truth" social media channels[1].

In the infamous "Signal Gate" action *AMERICAN OVERSIGHT v. HEGSETH* et al, 1:25-cv-00883-JEB, (D.D.C.), the Movant Goodman filed an "amicus brief" to have the presiding judge removed from office as a judge the current Executive Administration disfavors.

Jason Goodman filed ten (10) pleadings in that action ("Signal Gate"), including a "MOTION to Compel Forfeiture and for Correction of Docket Record by JASON GOODMAN. (zjm) (Entered: 05/23/2025)" demanding the presiding judge resign his commission as well as three (3) separate Federal Rules of Civil Procedure Rule (F.R.C.P.) 59(e) motions for reconsideration.  All of Jason Goodman's motions were denied by that presiding judge[2].

As shown below, Jason Goodman posted the following Tweet (X.com) indicating his epic struggle with the presiding judge.

---

[1] See CrowdSource the Truth 11 and 12 on YouTube.com, as well as @JG_CSTT, @GHenryDickface and @JasonGoodmanNYC on Twitter).

[2] MINUTE ORDER: The Court ORDERS that Amicus's 31 , 32 Motions are DENIED. So ORDERED by Chief Judge Boasberg on May 27, 2025. (lcjeb3) (Entered: 05/27/2025) 1:25-cv-00883-JEB, *AMERICAN OVERSIGHT v. HEGSETH* et al

2



**Crowdsource The Truth** ✔ @JG_CSTT · May 23

Just now, there's a new entry on the Signalgate docket, but it is not a response to my motion, nor is it my 59(e).  What is JEB **Boasberg** afraid of? Has a rogue justice system created a **Counterlawfare** monster they can no longer handle? When will the coward in chief rule?

> **Crowdsource The Truth** ✔ @JG_CSTT · May 19
>
> After an epic two-week battle with the D.C. District Court, my historic motion to compel JEB Boasberg to forfeit his own judicial authority has finally been entered in the SignalGate case.
>
> ...

💬 6        🔁 20        ♡ 78        ᴵⁱˡ 9.4K        🔖 ⬆

https://x.com/JG_CSTT/status/1925949313298911604

3



**Crowdsource The Truth** ✔
@JG_CSTT

After an epic two-week battle with the D.C. District Court, my historic motion to compel JEB Boasberg to forfeit his own judicial authority has finally been entered in the SignalGate case.

"If I say this brief is safe to docket, **IT'S SAFE TO DOCKET!**"



4:07 PM · May 19, 2025 · **115.9K** Views

https://x.com/JG_CSTT/status/1924602801214169213



**Crowdsource The Truth** ✔
@JG_CSTT

My motion to vacate Bonesman in Chief JEB Boasberg's bullsh!t attempt to deny a Constitutional declaration was docketed earlier today.  He's just going to deny this however.  We need @USAttyPirro to indict him or this will just continue.



https://x.com/JG_CSTT/status/1929732211168669880

4

Additionally, Jason Goodman publicly distributed dozens of social media productions concerning the Signal Gate legal action with Florida suspended attorney Larry Klayman[3].



# Crowdsource the Truth 11

@crowdsourcethetruth11 · 11K subscribers · 1K videos

More about this channel ...more

patreon.com/crowdsourcethetruth

🔔 Subscribed ⌄

Home    Videos    Live    Podcasts    Playlists    Posts    🔍 klayman



**Impeachment is Not Enough Klayman Calls For Criminal Prosecution of Boasberg**
Crowdsource the Truth 11 · 926 views · Streamed 9 months ago

Please sponsor the Crowdsource the Truth Counterlawfare Fund at http://www.crowdsourcethetruth.com. Become a sponsor & enjoy exclusive content on SubscribeStar & Patreon http://www.patreon.com/cr...



**Unborn Black Lives Do Not Matter to JEB Boasberg with Special Guest Larry Klayman**
Crowdsource the Truth 11 · 687 views · Streamed 6 months ago

The Bonesman in chief is back and Larry joins me to discuss yet another disturbing ruling. Visit https://www.freedomwatchusa.org/ Sponsor Crowdsource the Truth & enjoy exclusive content on...



**Larry Klayman is Ready to Give the Federal Judiciary the Heave-Ho**
Crowdsource the Truth 11 · 760 views · Streamed 7 months ago

The national mood for judicial shenanigans is wearing thin. Conservative legal legend Larry Klayman joins to articulate the problem. Subscribe to Larry's Substack – https://substack.com/@larryk...



**SCOTUS Slaps Back at Judicial Tyranny But It's Not Enough with Special Guest Larry Klayman**
Crowdsource the Truth 11 · 672 views · Streamed 8 months ago

Larry joins me to discuss the latest SCOTUS ruling denying Chief Judge Boasberg's efforts to curtain Trump's use of the Alien Enemies Act. Visit Larry's website – https://www.freedomwatchusa.org...

---

[3] THE FLORIDA BAR, Complainant, vs. LARRY ELLIOT KLAYMAN, Respondent. November 6, 2025 No. SC2023-1219

https://www.youtube.com/@crowdsourcethetruth11/search?query=klayman

It appears obvious that suspended Florida attorney Klayman is ghost writing Goodman's pleadings for political purposes. If true, and Larry Klayman is ghost writing for Goodman, this is a violation of the Florida Bar's suspension of Larry Klayman's rights to practice law. Similar suspensions are active against Klayman in this District Court as well. The Court may wish to inquire into this matter to report such activity to the Bar of the District of Columbia.[4] The Florida Bar currently is investigating complaints of Jason Goodman and Larry Klayman.

In the infamous Federal Reserve Governor vs. The President action *Lisa D. Cook v. Donald J. Trump,* 1:25-cv-02903-JMC, (D.D.C.) Jason Goodman's motion to file an *amicus* brief on 09/02/2025 was denied by a minute order, that cited "An amicus curiae does not represent the parties but participates only for the benefit of the Court. *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008)."[5]

In yet another infamous legal action involving the removal of a security clearance of a Washington, D.C. attorney *ZAID v. EXECUTIVE OFFICE OF THE PRESIDENT* et al, 1:25-cv-01365-AHA, (D.D.C.), Jason Goodman filed four (4) such amicus pleadings which have all

---

[4] Attorney Larry Klayman, founder of the conservative watchdog group Judicial Watch, was suspended from practicing law in the District of Columbia for 18 months on Thursday for violating rules of professional conduct.
https://news.bloomberglaw.com/litigation/washington-lawyer-klayman-suspended-for-18-months-by-dc-court

[5] "An amicus curiae does not represent the parties but participates only for the benefit of the Court. *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008). It is solely within this Court's discretion to determine the extent and manner of amicus participation. *Id.* The Court finds that participation by proposed amici will not be beneficial at this stage of the litigation. The factual and legal issues raised in the briefs are either not relevant to the issues pending before the Court, *see, e.g., Citizens for Resp. & Ethics in Washington v. Fed. Election Comm'n*, No. 22-cv-35 (CRC), 2025 WL 833075, at *6 n.1 (D.D.C. Mar. 17, 2025), or proposed amici failed to provide unique information or perspectives that can help the court beyond the help that the lawyers for the parties are able to provide, *Jin*, 557 F. Supp. 2d at 137. Signed by Judge Jia M. Cobb on September 10, 2025. (lcjmc1) (Entered: 09/10/2025)

been ignored by the presiding judge.  Thus, Goodman began a social media campaign against the judge.



https://x.com/JG_CSTT/status/1927819320777724062

In a non-related Freedom of Information Act (F.O.I.A.) legal action filed by Defendant Sweigert in the District of Columbia, *Sweigert v. U.S. National Institute of Health*, 24-cv-00646-TNM, (D.D.C.) Jason Goodman filed a motion for to file an *amicus* brief which was never acted upon.

A federal court for the Eastern District of Michigan refused to admit another one of Mr. Goodman's *amicus* briefs in *George Webb Sweigert v. Cable News Network, Inc.*, No. 2:2020 cv 12933 - Document 60 (E.D. Mich. 2022)[6], stating in relevant part: "The Court will strike Mr.

_____

[6] Court Description: OPINION and ORDER Granting Defendant's 15 MOTION to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), Striking Non-Party Jason Goodman's 20 Amicus Curiae Brief, Denying Plaintiff's 25 Request for Change of Venue, Den ying Plaintiff's 35 Motion for

Goodman's amicus brief [#20]. Procedurally, Mr. Goodman's first amicus brief is improper. Mr. Goodman did not seek concurrence from either party prior to filing (page 20 of 23) - Mr. Goodman's filings contain conclusory allegations of Plaintiff conspiring with a court employee "to commit fraud on the court." ECF No. 20, PageID.244; ECF No. 55, PageID.600.  See also - Amicus briefs "ought to add something distinctive to the presentation of the issues," and the proposed amici filings are absent of any such insight into Plaintiff's case. 16AA C. Wright & A. Miller, Federal Practice and Procedure § 3975, p. 385 (5th ed. 2019). The Court will therefore STRIKE the Brief of Amicus Curiae Jason Goodman in Support of Defendant's Motion to Dismiss [#20] and DENY his Motion Seeking Leave to File Amended Amicus Curiae [#55] (Page 21 of 23)."[7]

Jason Goodman uses these legal actions as the basis for cartoon productions on his "Crowdsource The Truth" channels as well as his personal "Jason Goodman" channels Twitter @JG_CSTT , @GHenryDickface, @JasonGoodmanNYC).  These cartoons finance Mr. Goodman's profit driven "social media" empire.

The court should also consider the distortions of reality pushed by Jason Goodman on social media, to include that the father (George H. Sweigert) of the *pro se* Plaintiff grew up in Berlin in pre-World War II Nazi Germany and worked as a missile spy.  Then after the war he was spirited away to America under "Operation Paperclip".

---

Leave to Amend, Denying Plaintiff's 41 Motion to Request an Extension of Time or Zoom Venue, Granting Defendant's 45 Motion to Strike Plaintiff's Amended Complaint, Denying Plaintiff's 49 , 52 as Moot, Denying Non Party Jason Goodman's 55 Motion for Leave to File Amended Amicus Curie Brief, Denying D.G. Sweigert's 56 , 58 and Dismissing Action. Signed by District Judge Gershwin A. Drain. (TMcg)

[7] *George Webb Sweigert v. Cable News Network, Inc.,* No. 2:2020 cv 12933 - Document 60 (E.D. Mich. 2022)

U.S. Government records are clear, this individual, accused of Nazi war crimes, was a World War II combat veteran with the 37th Division in the South Pacific as a U.S. Army Staff Sergeant having been raised in Akron, Ohio and entering the Civilian Conservation Corp in 1939 to fight wildland fires Yellowstone National Park.  Not good enough for Jason Goodman.



https://x.com/JG_CSTT/status/2000591136683864288



https://x.com/JG_CSTT/status/1990169719463178431

ECF 1

Provided for the Court's consideration is Jason Goodman's social media channel "@GHenryDickface", displaying photo of SSgt. George H. Sweigert, 145th Infantry Company, 37th Division.



https://x.com/GHenryDickface

Respectfully,

05/25/2026

D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

## CERTIFICATE OF SERVICE

A copy of this pleading has been sent to the following e-mail addresses on 5/25/2026:

truth@crowdsourcethetruth.org    sam@publicintegrityproject.org

brendan@publicintegrityproject.com    bookshaunesi@gmail.com    clyoung@breezeline.net

on May 25, 2026, so sworn.

05/25/2026