# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

HARRY     DUNN     and     DANIEL
HODGES,

**Plaintiffs,**

v.

Case No. 1:26-cv-01719

DONALD J. TRUMP, in his official
capacity as President of the United
States,
1600 Pennsylvania Avenue, NW
Washington, DC 20500

TODD     BLANCHE,    in   his   official
capacity as Acting Attorney General of
the United States,
950 Pennsylvania Avenue, NW
Washington, DC 20530

SCOTT    BESSENT,    in   his   official
capacity as Secretary of the United
States Department of the Treasury,
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**Defendants.**

## DECLARATION OF JOSEPH A. CAMP

I, Joseph A. Camp, declare under penalty of perjury pursuant to 28 U.S.C. § 1746
that the following is true and correct to the best of my knowledge and belief:

1. I am an adult citizen of the United States and a resident of Bogota, Colombia. I submit this Declaration in support of my **MOTION OF JOSEPH A. CAMP FOR LEAVE TO INTERVENE AS DEFENDANT Pursuant to Fed. R. Civ. P. 24(a) and 24(b).**

2. I am a direct, real-world claimant to the Anti-Weaponization Fund established by the Department of Justice and Department of the Treasury pursuant to the May 18, 2026, settlement agreement in *Trump v. IRS*, No. 1:26-cv-20609 (S.D. Fla.). Prior to the filing of Plaintiffs' Complaint on May 22, 2026, I submitted a formal application for relief from the Fund.

3. In my claim, I requested $500,000 in monetary compensation plus formal acknowledgment of the political persecution and lawfare I endured. My claim arises from precisely the type of sustained government weaponization the Fund was created to remedy.

4. I am a United States citizen currently seeking political asylum with a granted *Salvoconducto* in Colombia due to sustained political persecution and lawfare stemming from my perceived support for President Donald J. Trump and my speech related to the 2020 election.

5. I was falsely identified as "*TheResearcher2020*" in connection with lawsuits filed by Eric Coomer (a Biden ally and former Dominion Voting Systems employee) against President Trump, his campaign, and supporters. These actions subjected me to brutal online attacks, doxxing, and real-world harassment that made it untenable for me to remain safely in the United States. As a direct result, I was forced to flee the country in 2022 and relocate to Belize.

6. While in Belize, I continued to face repercussions. In 2024 I was falsely arrested following a desperate livestream. Despite documentation of my situation in the **2024 U.S. Human Rights Report on Belize** (published in

August 2025), the Biden administration's ambassador to Belize provided no meaningful assistance and directly referred to my alleged political position beliefs when determining (and ultimately declining) whether she would intervene diplomatically on my behalf. Only after the Trump administration took office in 2025 did the situation somewhat improve. I was ultimately forced to flee Belize in April of 2024 as well and now remain in Colombia seeking asylum under the protection of a *Salvoconducto*.

7. Biden-administration allies, including Coomer and Dominion Voting Systems, relentlessly pursued subpoenas against me in cases where I was not even a party and had no knowledge of any of the facts or circumstances, merely because of their false identification of me as "*TheResearcher2020.*" I have been named as a witness in virtually every related action. These efforts were designed to intimidate, silence, and financially ruin me as a perceived Trump supporter through abusive legal processes—precisely the "Lawfare and Weaponization" the Fund defines and redresses. (Agreement ¶ II.C.)

8. The cumulative impact has been devastating, including but not limited to loss of safety in my home country, forced exile, repeated displacements, unemployment, instability, and ongoing doxxing, threats, and real-world harassment. I was not present during the events of January 6, 2021, and have no political connections or ties to the Trump Campaign or any of the parties sued in connection with the election lawsuits. I have never had any dealings with Plaintiffs'.

9. I am a registered Independent. Prior to being falsely identified as "TheResearcher2020," by allies of the Biden administration and enuated with lawfare and harassment by democratic aligned individuals on behalf of the Biden administration -purely because I spoke out in support of the Trump campaign and the questions I had about the validity of the 2020

election -as is my right) my political beliefs aligned with liberal and even progressive Democratic ideology. I actively campaigned for and supported numerous Democratic candidates, including Jena Griswold (Colorado Secretary of State), Phil Weiser (Colorado Attorney General), and Jared Polis (Colorado Governor).

10. I also attended several events and fundraised in support of Tom Steyer's 2020 presidential primary campaign, even though my own views were not as progressive as his. Similarly, I supported the 2020 Democratic primary campaigns of Beto O'Rourke, Bernie Sanders, Mike Bloomberg, and several other candidates. Additionally, I backed Gabby Giffords, John Hickenlooper, and various local Democratic candidates in Colorado.

 



















11. The Anti-Weaponization Fund represents my only realistic and available avenue for meaningful redress of the harms I suffered as a result of the prior administration's actions. Without the Fund, I have no practical mechanism to recover the substantial financial losses and other damages I incurred.

12. If this Court enjoins or dismantles the Anti-Weaponization Fund, I will suffer immediate and irreparable harm. I will lose the only government process currently available to compensate me for the harms caused by the prior administration's weaponization of government and allies. The $1.776 billion allocated to the Fund is time-limited and will be transferred out of the Fund's account after December 15, 2028. Any delay or elimination of the Fund will make it impossible for me to obtain the relief to which I am entitled under the terms of the May 18, 2026, Agreement.

13. I have a substantial, direct, and protectable interest in the continued operation of the Anti-Weaponization Fund and in opposing the relief sought by Plaintiffs in this action. I therefore intervened in this case to protect that interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

/s/Joseph A. Camp

Joseph A. Camp

*Pro Se*

Date: May 25, 2026

CampJosephA@gmail.com

+17204545240

Mailing address:

1317 Edgewater Drive #6983

Orlando, Florida 32804