# Attachment A

# Kevin Trudeau's Claim Against Anti-Weaponization Fund (May 22, 2026)

# HOPWOOD & SINGHAL PLLC

## Attorney Kyle Singhal
*kyle@hopwoodsinghal.com*
*(202) 769-4080*

**Primary Office**
*1701 Pennsylvania Ave. N.W.*
*Suite 200*
*Washington, DC 20006*

**Nevada Office**
*6130 W. Flamingo Rd.*
*Suite 3264*
*Las Vegas, NV 89103*

May 22, 2026

**By USPS Priority Mail Express No. 9470130109355016726881**
Acting Attorney General Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re:         Claim Against Anti-Weaponization Fund
Claimant:   Kevin Trudeau

To the Office of the Attorney General:

I write on behalf of my client, Kevin Trudeau, to lodge a formal claim for restitution, reimbursement, or other payment from the Anti-Weaponization Fund ("the Fund"), which your office established in accordance with the Settlement Agreement in *Trump v. Internal Revenue Service*, No. 1:26-cv-20609 (S.D. Fla.).

A memorandum from your office, dated May 18, 2026 ("the Memo"), and a Department of Justice overview of the Fund published May 21, 2026 ("the Overview") indicate that potentially millions of individuals may have a claim against the Fund.

In light of the duration that processing such a volume of claims may require, and in light of the Overview's stated constraint that the Fund will cease processing claims in 2028, Mr. Trudeau wishes to lodge his claim sooner rather than later. Mr. Trudeau acknowledges that a formal application procedure or website may be forthcoming, and Mr. Trudeau will resubmit his application through such procedure or website as circumstances may require.

### Basis for Claim

Mr. Trudeau is a globally recognized author of #1 *New York Times* bestselling books on natural health, personal development, and entrepreneurship. He has sold tens of millions of books including one of the top natural health books of all time, *Natural Cures They Don't Want You To Know About*.

Many of the views expressed in Mr. Trudeau's books—like the dangers of certain artificial sweeteners, food dyes, prescription opioids, fluoride in drinking water, and ultra-processed food—are, today, mainstream components of the Make America Health Again ("MAHA") movement.

From 1989 to 2012, Mr. Trudeau was a major "influencer" of tens of millions of people weekly on television and radio, expressing what has effectively become the MAHA agenda.

Because Mr. Trudeau had such a gargantuan following—and because his message was implicating corporate and government policies—Mr. Trudeau was persecuted. During the Obama Administration, a weaponized Department of Justice, FDA, and Federal Trade Commission worked together to silence Mr. Trudeau from expressing his opinions and exercising his fundamental First Amendment right to free speech. They forced effective bans (under the guise of "consent decrees") that prohibited Mr. Trudeau from even contacting media outlets. These are fundamental First Amendment freedoms that should *never* be restricted other than by market forces and by longstanding criminal laws.

When Mr. Trudeau went on television to read directly from one of his books during an infomercial, the FTC accused him of violating a so-called consent decree and misrepresenting the contents *of his own book*. The court denied Mr. Trudeau any defenses under the First Amendment or advice of counsel. Mr. Trudeau was ultimately convicted and sentenced to ten years in prison for contempt of court. He lost everything: he incurred over $10,000,000 in legal fees, he served a ten-year prison sentence, his businesses were placed in receivership and liquidated, and his reputation was destroyed.

Ultimately, Mr. Trudeau is resilient. He will thrive despite the forces that have been brought to bear upon him. But he is a victim of a system that wanted to punish him for his speech. Consider the following:

- His sentencing judge imposed a ten-year sentence (notwithstanding the stated expectation of a predecessor judge that Mr. Trudeau's sentence would be at most six months) precisely because Mr. Trudeau "so publicly stated his case" for his beliefs. ECF No. 204 at 85:17-18 in *United States v. Trudeau*, No. 1:10-cr-886 (N.D. Ill.) (transcript); *see also* ECF No. 166 at 39 n.14 (memorandum).

- In decades of litigation, no prosecutor produced a single witness who actually claimed to have been misled by Mr. Trudeau's television infomercials or interviews.

- Yet Mr. Trudeau received the longest contempt sentence *ever* handed down in the Seventh Circuit.

In August 2025, Mr. Trudeau sought and received early termination from the conditions of supervised release that restrained him following his contempt conviction. In that same month, he applied to President Donald J. Trump for a pardon.

HOPWOOD & SINGHAL PLLC

If granted, that relief would do wonders to permit Mr. Trudeau to contribute most fully to the American economy and it would validate Mr. Trudeau's pioneer role in promoting the early MAHA movement.

But financial recompense from the Anti-Weaponization Fund is necessary to offset the great loss that Mr. Trudeau suffered, not just in his contempt prosecution and imprisonment, but in decades of FTC litigation before that. Mr. Trudeau's businesses were realizing hundreds of millions of dollars in sales—it is conceivable that Mr. Trudeau would have seen billions in revenue if he had not been subjected to a ten-year prison sentence for his *book*. It is on that basis that Mr. Trudeau respectfully requests payment of $10,000,000 from the Anti-Weaponization Fund.

Thank you for your measured consideration of Mr. Trudeau's claim.

Very truly yours,

Kyle Singhal
*Partner*, HOPWOOD & SINGHAL PLLC
*Counsel for Kevin Trudeau*

HOPWOOD & SINGHAL PLLC