**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARRY DUNN**, *et al.,* | § |
| | §   Civil Action No. 26-1719 (RJL) |
| Plaintiffs, | § |
| | § |
| vs. | § |
| | § |
| **DONALD J. TRUMP**, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Upon consideration of Kevin Trudeau's Motion to Intervene, any opposition thereto, and any replies, on this _____ day of _____, 20_____, this Court hereby:

**ORDERS** that Kevin Trudeau's Motion to Intervene be **GRANTED**; and further

**ORDERS** that the Clerk docket as filed the Proposed Answer attached to Kevin Trudeau's Motion to Intervene.

     **SO ORDERED.**

_____
United States District Judge