**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

HARRY DUNN and DANIEL HODGES,

Plaintiffs,

v.                                                              **Civil Action No. 1:26-cv-01719**

DONALD J. TRUMP, et al.,

Defendants.

<u>**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AMICUS SUBMISSION OF SHAUNESI DEBERRY (RE: THE GWENDOLYN E. WHITE FEDERAL CONTRACTOR TARGET/PENTAGON SCHEMATICS DEMAND STORY)**</u>

Proposed Amicus Curiae Shaunesi DeBerry respectfully moves for leave to file the attached Supplemental Amicus Submission.

On May 20, 2026, Proposed Amicus filed a Motion for Leave to File Amicus Curiae Brief and Proposed Amicus Curiae Brief (ECF No. 5). In that filing, Proposed Amicus argued that the Attorney General's May 18, 2026 Order establishing the Anti-Weaponization Fund should not be construed as limited exclusively to January 6-related claimants because the Order expressly references the projected valuation of "future claimants' claims" and does not, on its face, restrict eligibility to any single category of applicant.

Since the filing of ECF No. 5, additional publicly available information has come to the attention of Proposed Amicus that directly relates to the issue raised in the proposed amicus filing. Specifically, the supplemental submission provides a contemporary example of a publicly documented individual whose allegations involve claimed governmental targeting, retaliation, selective enforcement, and related misconduct arising outside the January 6 context.

The supplemental filing does not alter the position previously advanced. Rather, it provides additional support for the argument that potential future claimants may exist outside the January 6 context and that caution is warranted before adopting an interpretation that would prematurely narrow the universe of potential beneficiaries contemplated by the Attorney General's Order.

WHEREFORE, Proposed Amicus respectfully requests that the Court grant leave to file the attached Supplemental Amicus Submission and accompanying exhibits.

Respectfully submitted,

_____

1

**RECEIVED**

JUNE 1 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Shaunesi DeBerry
PRO SE PROPOSED AMICUS CURIAE

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2026, a true and correct copy of the foregoing Motion for Leave to File Supplemental Amicus Submission and Supplemental Amicus Submission was filed with the Clerk of Court using the Court's CM/ECF system, which will provide notice to all registered counsel of record.

_____

Shaunesi DeBerry