# Glenn H. Stephens III Ph.D. J.D.
## SUMMARY OF QUALIFICATIONS

- Currently running for Congress, as GOP native-son, to unseat incumbent Glenn Thompson (PA-15)
- Filing Weaponization Fund Claim re deep-state retaliation for my opposition to USDA reverse racism
- Apply International Relations Expertise to Foreign Affairs and Nuclear Proliferation & Disarmament
- Practice Constitutional Law, Criminal-Related Con Law (§ 1983, § 1985), Federal Employment Law
- Represent indigent clients pro- or low bono (e.g., a $50 - $100 flat fee), without contingency fees
- Settle 96% of cases - 15 FINRA arbitrations; and, 106 community, EEOC and workplace mediations
- Trained in Arbitration (132 hrs.), EEOC (98 hrs.), Mediation (176 hrs.), MSPB (56 hrs.), TBRI (58 hrs.)
- Won a $999,999 settlement for a disabled client – one of largest individual settlements in ADA history
- Former Equal Opportunity Specialist, Office of the Assistant Secretary of Civil Rights (OASCR), USDA
- Former Senior Counsel to National Labor Relations Board Member (later Chair) Wilma Liebman
- Graduated from 6th ranked University of California, Berkeley Law, visiting student Georgetown Law
- Editor Berkeley Journal of Employment & Labor Law - world's most cited employment law journal)
- Organized the BJELL's seminal *Backlash Against the ADA* Symposium; edited BJELL Vol. 1 (2000)
- Taught Constitutional Law and American Government at the college- and university-levels since 1985

# EDUCATION

**J.D.   University of California, Berkeley School of Law (the former Boalt Hall)**      **3L**
- Studied *Advanced Legal Ethics* with Father Robert Drinan (House Watergate Committee)
- Interned as Legislative Representative for UNITE! (lobbied Congress and the AFL-CIO)
- Clerked at Slevin & Hart, PC (one of the East Coast's top union-side ERISA law firms)
- Visited Georgetown Law Center (studied *White Collar Criminal Law* with Abbe Lowell)

- Won Prosser Award Winner (Second Best Student), *Labor Law Policy & Drafting*      **2L**
- Helped plan and conduct the BJELL's seminal "Backlash Against the ADA" Symposium
- Participated in Jessup International Moot Court (world's largest Moot Court competition)
- Took Year-Long Medical Law Course with Marjorie Shultz (preeminent patient-side expert)

- Served as Articles Editor, Berkeley Journal of Employment & Labor Law      **1L**
- Studied *Criminal Law* with Sanford Kadish (America's foremost Criminal Law scholar)
- Studied *Constitutional Law* with John Yoo (Unitary Executive Theorist; Bush Dep. Ass't. A.G.)
- Studied *Legal Research and Writing* with John Osborne, author of *The Paper Chase*

**Ph.D.  University of California, Los Angeles (UCLA), Department of Political Science**
- Completed Ph.D. Dissertation - *Sell Out, No Sell Out: The Politics of Artificial Social Traps*
- Applied a triadic Prisoners' Dilemma to Great Rail Strike of 1877 and Ford unionization
- Nominated for Western Political Science Association (WPSA) Best Dissertation Award
- Won Best Dissertation Award, UCLA Political Science Graduate Class of 1992
- Named Honorary Member, Mortar Board, National College Teaching Honor Society

**C.Phil.  University of California, Los Angeles, Department of Political Science**
- Passed University Oral Examinations, Advanced to Candidacy for Ph.D.

**M.A.    University of California, Los Angeles, Department of Political Science**
- Passed Political Theory Comprehensive Examination (University Written Examination Topics - Aristotle & Hegal on Socioeconomic and Political Inequality; Plato & Luther on Resistance)
- Passed Comparative Politics Comprehensive Exam. (University Written Examination Topics - The State & Democratic Development; specialties China, France, GB, Sub-Saharan Africa, USSR)
- Studied Hobbes and Locke with Richard Ashcraft (the nation's leading expert on Locke)

1

**Executive Committee Member, Grievance Chair**    **July 2006 - December 2008**
**National Labor Relations Board Professional Association**    **Washington, DC**
  ➢ Represented grievants in Federal Mediation and Conciliation Service (FMCS) mediations
  ➢ Led the NLRB-PAs delegation in bargaining unit-wide FMCS labor-management mediation
  ➢ Won settlements for NLRB-PA bargaining unit employees in 21 of 22 individual grievances

*Adjunct Professor*    **Summer 2006**
**Political Science, University of California, Los Angeles**    **Los Angeles, CA**
  ➢ Taught *Introduction to Political Theory* (Plato, Machiavelli, Locke) live

*Attorney*    **February 2002 - July 2002**
**O'Donoghue & O'Donoghue**    **Washington, DC**
  ➢ Provided ERISA compliance advice to pension and benefits funds; drafted plan documents

*Associate Attorney*    **August 1999 - December 2001**
**Slevin & Hart, PC**    **Washington, DC**
  ➢ Provided ERISA compliance advice to pension and benefit funds, drafted plan documents )
  ➢ Document attorney for ERISA class action *Solutia v. Forsberg,* 221 F. Supp. 2d 1280 (N.D. Fla.)
  ➢ Drafted memoranda on Children Health Care Program (CHIP) for UFCW union and funds
  ➢ Researched and drafted winning argument in *USSI* arbitration (defeating Littler Mendelson)

*Legislative Representative*    **September 1999 - June 2000**
**UNITE! (Needle-trades Union)**    **Washington, DC**
  ➢ Lobbied Congress on legislation impacting the UNITE! members and the needle-trades industry
  ➢ Attended weekly AFL-CIO lobbyists meetings in preparation for weekly Congressional lobbying
  ➢ Drafted UNITE! position statement on regulatory violations by Federal Prison Industries

*Professor*    **Summer 1998**
**Junior State of America, Princeton University**    **Princeton, NJ**
  ➢ Taught *American Government and Politics* (live)

*Adjunct Professor*    **January 1994 - June 1997**
**Political Science, University of California, Los Angeles**    **Los Angeles, CA**
  ➢ Taught *Introduction to Political Theory* (live)
  ➢ Taught Marx and Marxism (live)
  ➢ Taught *Modern Political Theory* (live)
  ➢ Taught *Pre- and Post Civil War American Political Theory* (live)

*Tutor*    **January 1992 - June 1997**
**Arts & Sciences, University of California, Los Angeles**    **Los Angeles, CA**
  ➢ Tutored UCLA student athletes in history and political science through Arts and Sciences

*Professor*    **September 1992 - December 1993**
**Scripps College for Women**    **Claremont, California**
  ➢ Taught *Introduction to International Relations* (live)

*Professor*    **September 1992 - June 1993**
**Pomona College**    **Claremont, California**
  ➢ Taught *American Government & Politics* (live)
  ➢ *Taught Ancient, Medieval and Modern Political Theory* (live)

*Adjunct Professor*    **January 1991 - June 1992**
**California State University, Northridge**    **Northridge, CA**
  ➢ Taught *American Political Institutions* (live)
  ➢ Taught *Principles and Methods of Political Science* (live)

3

**Teaching Assistant**                                       September 1985 - June 1989
**University of California, Los Angeles**                          Los Angeles, CA
> Assisted *Constitutional Law* and *Political Theory* professors with grading and discussion sections

**Research Assistant**                                       September 1982 - June 1983
**Duke University**                                                    Durham, NC
> RA for SALT Negotiator Joseph Kruzel (later Dep. Ass't. Sec. of Defense for Euro. & NATO Policy)
> Researched distance-measurement nuclear weapons context; Swiss and Swedish neutrality

## DISPUTE RESOLUTION ROSTERS

**Arbitrator, Facilitator, Mediator**                        August 2017 - Present
**Stephens Arbitration Mediation and Settlement (SAMS)**          Nationwide
> Arbitrate commercial, collective-bargaining, education, labor, and securities cases
> Facilitate HOA dialogues, family talks, foster visitations, police/community dialogues
> Mediate community, elder, family, landlord/tenant, prison reentry, workplace cases

**Arbitrator Fact-Finder, Mediator**                         January 2014 - Present
**Pennsylvania Labor Relations Board, Bureau of Mediation**      Harrisburg, PA
> Arbitrate, fact-find in ULP and representation cases; mediate bargaining impasses

**Family Court Mediator**                                    March 2022 – August 2022
**Boulder County Family Court**                                       Boulder, CO
> Mediated court-referred child custody, parental visitation and child support cases

**Therapeutic Parental Visitation Facilitator**             January 2022 - August 2022
**Boulder, Jefferson, Larimer, Weld Counties**                         Niwot, CO
> Supervised Parental Visits with Children in foster care, provided parental coaching

**Board Member**                                             April 2011 - April 2020
**City Employees Review Board, City of Falls Church**            Falls Church, VA
> Review appeals of management decisions regarding employee grievances

**Arbitrator**                                               April 2015 - November 2019
**Financial Industry Regulation Authority**                         Puerto Rico
> Served on three-arbitrator panels for 15 multi-million-dollar security-related disputes

**Juvenile & Domestic Relations Mediator**                   October 2017 - October 2018
**Circuit 19 General District Courts**                              *Arlington*, VA
> Certified to mediate court-referred child custody, parental visitation and child support cases

**Mediator**                                                 March 2013 - October 2016
**Federal Sharing Neutrals**                                       Washington DC
> Mediated federal workplace disputes and informal- and formal-stage federal EEOC cases

**Mediator**                                                 March 2013 - September 2015
**Northern Virginia Mediation Service**                         Arlington, Fairfax, VA
> Mediated cases in Arlington and Fairfax Small Claims, Landlord-Tenant, and General District Courts

**Mediator**                                                 March 2013 - September 2015
**Alexandria Mediation Service**                                   Alexandria, VA
> Mediated cases with the Alexandra Small Claims and General District Court

# TRAINING & CERTIFICATION

| | |
|---|---|
| ***Oval Options for Conflict Management*** | ***Wheat Ridge, CO*** |
| ➢ Completed Zoom Mediation Training | **March 2022** |

| | |
|---|---|
| **Pathways Academy** | **Denver, CO** |
| ➢ Trauma Based Relational Intervention (TBRI): Empowering III course (3 hours) | **May 2022** |
| ➢ Trauma Based Relational Intervention: Correcting II course (3 hours) | **March 2022** |
| ➢ Trauma Based Relational Intervention: Correcting I course (3 hours). | **March 2022** |
| ➢ Motivational Interviewing III course (4 hours) | **February 2022** |
| ➢ Motivational Interviewing II course (4 hours) | **February 2022** |
| ➢ Cultural Diversity course (2 hours) | **February 2022** |
| ➢ Community Safety course (2 hours) | **February 2022** |
| ➢ Trauma-Informed Therapy course (3 hours). | **February 2022** |
| ➢ Motivational Interviewing I course (3 hours) | **February 2022** |
| ➢ Health Insurance Portability and Accountability Act I course (1.5 hours) | **February 2022** |
| ➢ Trauma Based Relational Intervention (TBRI) Introduction course (3 hours) | **February 2022** |
| ➢ Informed Supervision course (2 hours) | **February 2022** |
| ➢ Academy Nuts and Bolts course (1.5 hours) | **February 2022** |
| ➢ Personalized Learning: Understanding HIPAA Regulations course (90 minutes) | **February 2022** |

| | |
|---|---|
| **Relias Virtual Academy** | **Morrisville, NC** |
| ➢ Coaching and Mentoring course (1 hour) | **April 2022** |
| ➢ Understanding Abuse and Neglect course (45 minutes). | **March 2022** |
| ➢ The Essentials for Anger Management course (24 minutes). | **March 2022** |
| ➢ Activities for Infants and Toddlers course (45 minutes) | **March 2022** |
| ➢ Anger Management course (30 minutes) | **March 2022** |
| ➢ Developmentally Appropriate Activities for Infants &Toddlers course (30 minutes) | **March 2022** |
| ➢ Writing Progress Notes 101 course (90 minutes) | **March 2022** |
| ➢ Children and Domestic Violence course (1 hour) | **March 2022** |
| ➢ Domestic Violence: Recognizing and Preventing course (1 hour). | **March 2022** |
| ➢ Privacy and Information Security course (24 minutes) | **March 2022** |
| ➢ Working with Court-ordered Individuals in Substance-Use Treatment (2 hours) | **February 2022** |
| ➢ Avatar Clinical User Guide course (20 minutes) | **February 2022** |
| ➢ Telehealth Tools: Doxy.me course (30 minutes) | **February 2022** |
| ➢ Ethical and Legal Guidelines for Telehealth Service Delivery course (75 minutes) | **February 2022** |
| ➢ Cultural Competence course (30 minutes) | **February 2022** |
| ➢ Harassment in the Workplace course (60 minutes) | **February 2022** |
| ➢ Fraud, Waste and Abuse course (60 minutes) | **February 2022** |
| ➢ Activities for Preschoolers: Active Play as a Meaningful Learning Tool (30 minutes) | **January 2022** |

| | |
|---|---|
| ***Judicial Council of Virginia, Juvenile & Domestic Relations Mediation*** | ***Richmond, VA*** |
| ➢ Co-mediated Five Court-referred J&DR cases (7 hours) c | **2015 - 2016** |
| ➢ Family Mediation Skill (4 hours) | **2015** |
| ➢ Domestic Violence Assessment (8 hours)cc | **2015** |
| ➢ J & DR Circuit Court Family Practicum (24 hours) | **2015** |
| ➢ Resolving Economic Issues in Divorce (12 hours) | **2015** |

| | |
|---|---|
| ***Judicial Council of Virginia, General District Court Mediation*** | ***Richmond, VA*** |
| ➢ Completed Orientation to the Virginia Judicial System course (2 hours) | **2015** |
| ➢ Completed The Art of Questions: What to Ask and When to Ask (8 hours) | **2015** |

5

| | |
|---|---|
| ***Financial Industry Regulation Authority*** | ***New York, NY*** |
| ➢ Completed Basic Arbitrator Training (16 hours) | **2015** |
| ➢ Completed Expungement Training (8 hours) | **2015** |
| ➢ Completed FINRA Live Video Basic Arbitrator Training (4 hours). | **2015** |

***United States Department of Agriculture***     ***Washington, DC***
- ➢ Completed EEO Training for New EEO Counselors (34 hours).   **2015**
- ➢ Completed Enhancing and Improving the EEO Process Training (8 hours)   **2013**

***Equal Employment Opportunity Commission Training Institute***    ***Washington, DC***
- ➢ Completed EEO Training for New EEO Investigators (40 hours).   **2014**
- ➢ Completed ROI Sufficiency Review Training (16 hours)   **2013**

***Supreme Court of Virginia, General District Court, Certification***    ***Richmond, VA***
- ➢ Co-mediated Four Small Claims mediations (5 hours)   **2013**
- ➢ Observed Two Small Claims Court mediations (4 hours)   **2012**
- ➢ Completed Orientation to the Virginia Judicial System course (4 hours)   **2012**
- ➢ Completed Mediation Skills and Process course (24 hours)   **2012**
- ➢ Completed Virginia Mediator Ethics course (2 hours)   **2012**

***Federal Workplace Mediation Certification***    ***Fairfax,VA***
***Northern Virginia Mediation Service* (NVMS)**
- ➢ Completed Best Practices in Mediation course (8 hours)   **2012**
- ➢ Completed Mediating EEO and Workplace Disputes course (8 hours)   **2012**
- ➢ Completed Mediating Disability Disputes course (8 hours)   **2012**
- ➢ Completed Cognitive Barriers to Mediation course (8 hours)   **2012**
- ➢ Completed Alternative Dispute Resolution course (8 hours)   **2012**
- ➢ Completed Organizational Problem-Solving course (8 hours)   **2012**

***Federal Mediation and Conciliation Service Institute.***    ***Washington, DC***
- ➢ Completed Evidence & Witness Examination in Arbitration course (16 hours)   **2008**
- ➢ Completed Arbitration for Advocates in the Federal Sector course (32 hours)   **2003**

***Federal Mediation and Conciliation Service Institute***    ***San Diego, CA***
- ➢ Completed Becoming a Labor Arbitrator (56 hours)   **2007**

***Felt Law Group.***    ***Washington, DC***
- ➢ Completed Merit Systems Protection Board Law Week (56 hours)   **2006**

## PUBLISHED NLRB DECISIONS & DISSENTS

*Paramus Ford*, 351 NLRB 1019 (2007); *El Paso Electric*, 350 NLRB 151 (2007); *Syracuse University*, 350 NLRB 755 (2007); Sam's Club, 349 NLRB 1007 (2007); *USF Reddaway*, 349 NLRB 329 (2007); *Reliable Trucking*, 349 NLRB 815 (2007); *Five Star Transport.*, 349 NLRB 42 (2007); *Asher Candy*, 348 NLRB 993 (2006); *Ybarra Construction*, 347 NLRB 856 (2006); *Wisconsin Bell, Inc.*, 346 NLRB 62 (2005); *TNT Logistics North America*, 345 NLRB 290 (2005); *J. S. Troup Electric*, 344 NLRB 1009 (2005); *Pavilion at Crossing Pointe*, 344 NLRB 582 (2005); *BFI Waste Services*, 343 NLRB 254 (2004); *The Courier Journal II*, 342 NLRB 1148 (2004); *The Courier-Journal I*, 342 NLRB 1093 (2004); *Systems West*, 342 NLRB 851(2004); *Brown University*, 342 NLRB 483 (2004)(dissent); *Citizens Investment*, 342 NLRB 316 (2004); *Meeker Cooperative Light & Power*, 341 NLRB 616, 618 (2004); *ATC/Forsythe*, 341 NLRB 501 (2004); *Zarcon*, 340 NLRB 1222 (2003); *Dish Network*, 339 NLRB 1126 (2003); *OK Toilet & Towel*, 339 NLRB 1100 (2003); *Aesthetic Designs*, 339 NLRB 395 (2003).

## PRESENTATIONS & PUBLICATIONS

*Mediation and Labor Relations in the United States.* NVMS Presentation to Chinese Government Officials via the Forte International Exchange Association, Fairfax VA (March 1, 2013)

*On the Advantages of Mediation for Homeowner Associations (HOAs).* NVMS Presentation to the Lansdowne Village Green Homeowners Association, Lansdowne VA (February 19, 2013).

*Can't We All Just Get Along!? - Mediation and Homeowners Associations.* NVMS Presentation to the Reston Association, Reston VA (July 19, 2012).

*NLRB Seeks Fairer, Free Elections.* **THE TENNESSEAN.** December 2, 2011.

*Dowry Deaths: An Economic Analysis.* **NORTHEASTERN SCIENCE ASSOCIATION** (2003).

*On the Contradictions of Prison Labor.* **PENNSYLVANIA POLITICAL SCIENCE ASSOCIATION** (2002).

Chairperson, *Disciplining Politics* Panel. **WESTERN POLITICAL SCIENCE ASSOCIATION** (1998).

*Remodeling Collective Action: James Tong's Model and the Great Rail Strikes of 1877.* **POLITICAL RESEARCH QUARTERLY**, 48:345-370 (1995).

*The Prisoners' Dilemma : Hierarchical Triad or Anti-Hierarchical Dyad?* **RATIONALITY AND SOCIETY**, 6:519-524 (1994).

*Artificial Social Traps in Unionization at Ford.* **WESTERN POLITICAL SCIENCE ASSOCIATION** (1992).

*Remodeling Revolution as 'Sell Out, No Sell Out.'* **AMERICAN POLITICAL SCIENCE ASSOCIATION** (1991).

## HOBBIES & INTERESTS

- Train FBI, Military, Secret Service, and State, Local Police to Pass Professional Fitness Tests
- Walk dogs professionally (783 walks to date); housesit dogs, cats and other pets, 1995 - present
- Coach road racing, track & field, and multi-sports - https://www.coachup.com/coaches/glenns-3
- Rated 4.85/5 by athletes or their parents for 378 CoachUp coaching sessions, 2014 – present
- Chosen as Head High School Cross Country (X-C) Coach, Montgomery & Muncy, PA Fall, 2024
- Head Middle School Track Coach; Long- & Triple Jump Assistant Coach, Jersey Shore, PA, 2024
- Coached Kim Perales to 2nd Triple Jump, 10th Long Jump, 6th Shot Put at Masters Nationals, 2023
- Coached a recovering open-heart surgery patient to a 10k Finish one-year after his surgery, 2019
- Qualified for International Triathlon Union (ITU) World Championships in Aqua-bike, 2018
- Competed in U.S. Triathlon Association (USAT) Aqua-bike National Championships 2011, 2017
- Place 7th in Age Group (AG) in U.S. Masters Swimming (USMS) Nationals in 800 M Freestyle, 2014
- Competed in International Triathlon Union (ITU) World Championships in Aquathlon, 2013
- Placed 3rd in AG in Colonies Zone Masters Swimming Championships in 1000 YD freestyle, 2013
- Coached Jo Rupp (then 40) to Elite Women's Masters status with 3:07 Marathon, 2013
- Coached Katie Jarzab (then 29) to a Personal Record (PR) 17:43 Road 5K, 2011 - 2013
- Won Age Group (AG) in First Triathlon Attempt – Tri-it-Now Tuckahoe Sprint Triathlon 2002
- Coached Two-Time California Mile Champion, 8:44 UCLA Steeplechaser Jim Ortiz in X-C, 1990
- Assistant Track Coach for Middle- Long Distances Jesuit Boys High School Tampa, FLA 1982
- Lettered in track and X-C at Millersville Univ. (1981 X-C Div. II National Champions), 1976 – 1981
- Won Harrisburg Marathon 18-under Div. (2:45), 9th overall as Millersville Univ. freshman, 1976
- Won West Branch Conference 880 YD in Conference Record (2:01.7) as high school senior, 1976
- Placed 3rd and broke District 6 Class B Record for 880 YD (2:02.2) as high school junior, 1975
- Finished first marathon (NVTC marathon) in 3:19 as self-coached high school freshman, 197

**Duke University Graduate School of Political Science**
> - Worked as a Research Assistant for Strategic Arms Limitation Talks (SALT) Negotiator Joseph Kruzel (who later served as Deputy Assistant Secretary of Defense for European and NATO Policy)
> - Studied International Relations (IR) with Ole Holsti, one of the nation's leading IR scholars
> - Studied Soviet Politics and Government with leading Soviet Studies expert Jerry Hough
> - Studied Plato, Aristotle with Delba Winthrop (famed Straussian, wife of Harvey Mansfield)

**B.A. Millersville University of Pennsylvania, Department of Political Science**
> - Graduated Magna Cum Laude (3.89 GPA); Straight Dean's List from Freshman- to Senior Year
> - Served as Student Senate President as Senior; Student Senator from Freshman- to Senior Year
> - PA Nominee for Harry S. Truman Scholarship for Academic Excellence & Government Service

**Graduated from Bald Eagle Nittany (BEN) High School (HS)**
> - Advised Secretary of Education John Pittinger as Member of State Student Advisory Board
> - Represented Central Intermediate Unit on Pennsylvania State Student Advisory Board

# PROFESSIONAL EXPERIENCE

***Principal/Owner***                                        **June 2015 - Present**
**Federal Employee Defense & Settlements (FEDS)**                **Nationwide**
> - Provide high quality representation to federal-sector clients pro- or low bono (small flat fees)
> - Gained $999,999 settlement for victim of discrimination, harassment and retaliation by USDA
> - Gained settlement in *Denise Duperie v. ECS Partnership*, No. 2:16-v-cv-13544 (ED Mich. 2018)
> - Remain an Attorney in Good Standing U.S. District Court, Eastern District of Michigan

***Arbitrator Mediator Facilitator***                       **July 2021 – July 2023**
**Boulder Alternative Dispute Resolution**                          **Colorado**
> - Mediated alimony, custody, divorce, support & visitation cases with Boulder Co. Family Court
> - Applied Trust-Based Relational Intervention techniques to foster visits and parent coaching
> - Provided Therapeutic Visitation Facilitation for Boulder, Larimer, Jefferson, Weld Counties
> - Supervised Therapeutic Visitations between parents and "bios" and their children in foster care

***Equal Opportunity Specialist*** **(EOS)**                **October 2013 - May 2015**
**Employee Investigations Division (EID), OASCR, USDA**         **Washington, DC**
> - Ranked first EOS overall based on three performance indicia in final EID rankings May 2012
> - Designated by EID management as EOS responsible for rapid issuance of late-stage, red flag cases
> - Oversaw investigations of formal EEOC complaints pursuant to 29 C.F.R. 1614, EEOC MD-110
> - Issued timely objective, neutral, and legally sufficient "Reports of Investigation" (ROIs)
> - Monitored investigative vendor compliance with MD 110 and vendors' Standards of Work (SOW)
> - Paid holiday and other bonuses by Panum Group LLC based on stellar EID performance

***Instructor***                                           **December 2008 - June 2013**
**Labor Studies & Employment Relations, Penn State University**      **State College, PA**
> - Taught *The Employment Relationship: Law & Policy* (employment law), live and online
> - Taught *The Law of Labor-Management Relations* (workplace & labor law) live and online
> - Taught *Workplace Dispute Resolution* (arbitration, mediation, collective bargaining) live

***Senior Counsel***                                      **July 2002 - December 2008**
**National Labor Relations Board, Liebman Staff**               **Washington, DC**
> - Senior Counsel to National Labor Relations Board Member Wilma Liebman (later NLRB Chair)
> - Drafted decisions and dissents in unfair-labor-practice (ULP) cases and representation (R) cases
> - Wrote parts of *Brown University* dissent including the most widely-cited lines in recent Board jurisprudence - "Today's decision is woefully out of touch with contemporary academic reality."
> - Worked as "outside counsel" in cases with Member Alex Acosta (later Trump Sec. of Labor)
> - Framed GOP Member Peter Schaumber's dissent in *Aesthetic Designs*, 339 NLRB 395 (2003)

2