**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARRY DUNN & DANIEL HODGES,** <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP**, in his official capacity as President of the United States, **TODD BLANCHE**, in his official capacity as Acting Attorney General of the United States, and **SCOTT BESSENT**, in his official capacity as Secretary of the Treasury of the United States, <br><br> Defendants. | Case No. 1:26-cv-1719-RJL |

**<u>DEFENDANTS' MOTION TO DISMISS</u>**

Defendants respectfully move this Court to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As explained in the accompanying memorandum of points and authorities filed in support of this motion, Plaintiffs cannot establish subject-matter jurisdiction and fail to state a claim upon which relief can be granted. This dispute is both moot and unripe, Plaintiffs lack Article III standing, there has been no final agency action as that term is defined by the Administrative Procedure Act, and Plaintiffs do not allege well-pleaded facts that give rise to *ultra vires* or Declaratory Judgment Act claims.

Accordingly, Defendants respectfully ask this Court to dismiss the claims with prejudice.

Date: July 27, 2026

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

*/s/* ANDREW J. BLOCK
Andrew J. Block
*Senior Counsel to the Associate Attorney General*
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for Defendants*

**<u>Certificate of Service</u>**

I hereby certify that on July 27, 2026, I filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, thereby serving all counsel who have appeared in this case.

/s/ *Andrew J. Block*
Andrew Block