## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HARRY DUNN and DANIEL HODGES,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants* | Civil Action No. 1:26-cv-1719 (RJL) |

### PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs respectfully move for an extension of time to September 14, 2026, to file its opposition to Defendants' Motion to Dismiss (ECF No. 22). An extension to September 14 was granted in a related case currently before this Court. A similar extension in here will allow the parties in both matters to coordinate their responses, saving this Court's time. Good cause exists for this request, as set out below:

1.      Defendants filed their Motion to Dismiss on July 27, 2026. Under Local Civil Rule 7(b), Plaintiffs' opposition is currently due on August 10, 2026.

2.      On August 5, 2026, this Court granted an extension in another case concerning the "Anti-Weaponization Fund." Minute Order, *Citizens For Responsibility And Ethics in Washington v. U.S. Department Of Justice*, 1:26-cv-01789 (RJL) (Aug. 5, 2026, D.D.C.). Under that order, Plaintiffs' opposition to the motion to dismiss in that case is now due on September 14, 2026. A parallel extension here will set the related cases on the same timeline, saving both the parties' and this Court's time.

1

3.      This is Plaintiffs' first request for an extension of time in this case, and no prior extensions have been sought by either party.

4.      There are no other pending deadlines in this matter, and the requested extension would not affect any other deadline or the Court's orderly administration of this case. No party will be prejudiced by the requested extension.

5.      Pursuant to Local Civil Rule 7(m), on August 6, 2026, undersigned counsel conferred with Defendants' counsel via email. Defendants' counsel conveyed their consent to the relief sought in this motion.

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file its opposition to Defendants' motion to dismiss to September 14, 2026. A proposed order is attached.

Dated: August 7, 2026                                  Respectfully submitted,

/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.org

*Attorney for Plaintiffs Harry Dunn and
Daniel Hodges*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HARRY DUNN and DANIEL HODGES,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants* | Civil Action No. 1:26-cv-1719 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Its Opposition to Defendants' Motion to Dismiss, it is ORDERED that the Plaintiff's motion is GRANTED; and it is further

ORDERED that Plaintiff shall file its opposition to Defendants' Motion to Dismiss, ECF No. 22, no later than September 14, 2026, and it is further

ORDERED that Defendants shall file their reply to Plaintiff's opposition no later than September 21, 2026.

SO ORDERED.

Date: _____, 2026

_____
RICHARD J. LEON
United States District Judge

3