**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HARRY DUNN and DANIEL HODGES,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1719 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Harry Dunn and Daniel Hodges, through undersigned counsel, hereby give notice that the above-captioned action is dismissed without prejudice.

Dated: September 11, 2026

Respectfully submitted,

/s/ Samuel T. Ward-Packard

**PUBLIC INTEGRITY PROJECT**
Brendan Ballou
D.C. Bar No. 241592
Samuel T. Ward-Packard
D.C. Bar No. 90005484
ballou@publicintegrityproject.org
sam@publicintegrityproject.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on the Defendants in accordance with Federal Rule of Civil Procedure 5.

/s/ Samuel T. Ward-Packard
Samuel T. Ward-Packard